≈AO 245H    (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
            Sheet 1

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
NOV 17 2009
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __NEW YORK__

UNITED STATES OF AMERICA
V.

ALINA DZIADOSZ

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense) — Short Form

CASE NUMBER:   7:09-PO-4-01 (GJD)
USM NUMBER:                15812052

Jarrod W. Smith, Esq.
Defendant's Attorney

**THE DEFENDANT:**

X   **THE DEFENDANT** pleaded guilty to count(s)   __1 of the Information__

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 8 U.S.C. § 2436(a) | Concealment of Facts About Reentry | 9/3/09 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 10.00 (fee waived) | $ |

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:

_____

_____

Defendant's Mailing Address:

_____

_____

November 12, 2009
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Gustave J. DiBianco, United States Magistrate Judge
Name and Title of Judge

November 17, 2009
Date